IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES A. JONES,

                Plaintiff,

v.

JOANN SKALSKI, JAMES GRADY,
KESHA A MARSON, Ms. HINTZ, Ms. REMMERS,
Mr. COSBOB, Mr. LAWLER, Ms. JOHNSON,
Mr. MULVEY and JOHN DOE,

                Defendants.

ORDER

10-cv-766-slc

---

In an order entered on December 9, 2010, I assessed plaintiff James Jones an initial partial payment of the filing fee in the amount of $8.94 and gave him until December 28, 2010, in which to submit his payment. Now plaintiff has filed a motion dated December 21, 2010, asking the court to extend the payment deadline by two weeks to allow institution officials time to process his disbursement request. Plaintiff's request is reasonable. Therefore, I will grant plaintiff's request and extend the deadline for him to make his payment to January 11, 2011. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff's motion for an extension of time to pay the initial partial filing fee is GRANTED. Plaintiff may have until January 11, 2011, to submit a check or money order made payable to the clerk of court in the amount of $8.94. If, by January 11, 2011, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will

be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 28th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge