IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. JONES,

    Plaintiff,

v.

JO ANN SKALSKI, SCOTT GRADY,
KESHA A. MARSON, ULLA HINTZ,
LOIS REMMERS, BRAD KOSBOB,
KEN LAUER, SANDRA JOHNSON,
JIM MULVEY and MICKEY McCASH,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-766-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jo Ann Skalski, Scott Grady, Kesha A. Marson, Ulla Hintz, Lois Remmers, Brad Kosbob, Ken Lauer, Sandra Johnson, Jim Mulvey and Mickey McCash granting their motions for summary judgment and dismissing this case.

_____       _1/31/12_
Peter Oppeneer, Clerk of Court                    Date